FILED  
United States Court of Appeals  
Tenth Circuit

November 17, 2021

Christopher M. Wolpert  
Clerk of Court

UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT

---

ELLA CLINTON, et al.,

    Plaintiffs - Appellants,

v.

SECURITY BENEFIT LIFE INSURANCE COMPANY,

    Defendant - Appellee.

No. 21-3035

---

**ORDER**

---

Before **HARTZ**, **BACHARACH**, and **ROSSMAN**, Circuit Judges.

---

    This matter was argued by counsel and submitted to the court. Andrew Friedman argued for the Appellants. Robert Phillips argued for the Appellee.

                                                 Entered for the Court

                                                 CHRISTOPHER M. WOLPERT  
                                                 Clerk of the Court