FILED
United States Court of Appeals
Tenth Circuit

March 28, 2023

Christopher M. Wolpert
Clerk of Court

# UNITED STATES COURT OF APPEALS

## FOR THE TENTH CIRCUIT

---

ELLA CLINTON; WILLIAM CARRICK; TERRI L. STAUFFER-SCHMIDT; JEAN P. WRIGHT; MICHAEL A. WEBBER; DONALD P. COX; HOWARD ROSEN; WAI HEE YUEN; MARTHA MILLER COX,

    Plaintiffs - Appellants,

v.

SECURITY BENEFIT LIFE INSURANCE COMPANY,

    Defendant - Appellee.

No. 21-3035
(D.C. No. 5:20-CV-04038-HLT-KGG)
(D. Kan.)

---

## JUDGMENT

---

Before **HARTZ**, **BACHARACH**, and **ROSSMAN**, Circuit Judges.

---

This case originated in the District of Kansas and was argued by counsel.

The judgment of that court is reversed. The case is remanded to the United States District Court for the District of Kansas for further proceedings in accordance with the opinion of this court.

Entered for the Court

CHRISTOPHER M. WOLPERT, Clerk