UNITED STATES COURT OF APPEALS FOR THE TENTH CIRCUIT
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157
Clerk@ca10.uscourts.gov

| Christopher M. Wolpert | | Jane K. Castro |
|---|---|---|
| Clerk of Court | | Chief Deputy Clerk |

October 23, 2023

Ms. Skyler O'Hara
United States District Court for the District of Kansas
Office of the Clerk
444 Southeast Quincy
U.S. Courthouse
Room 490
Topeka, KS 66683-0000

**RE:    21-3035, Clinton, et al v. Security Benefit Life**
         Dist/Ag docket: 5:20-CV-04038-HLT-KGG

Dear Clerk:

Pursuant to Federal Rule of Appellate Procedure 41, the Tenth Circuit's mandate in the above-referenced appeal issued today. The court's March 28, 2023 judgment takes effect this date. With the issuance of this letter, jurisdiction is transferred back to the lower court.

Please contact this office if you have questions.

Sincerely,

Christopher M. Wolpert
Clerk of Court

cc:    Francis Joseph Balint Jr.
       Eric David Barton
       Howard M. Bushman
       Gillian H. Clow
       Holly Dyer
       Andrew S. Friedman
       Adam M. Moskowitz

      James D. Oliver
      Samuel J. Park
      Robert D. Phillips Jr.
      Anthony F. Rupp
      Michael A. Valerio

CMW/art